UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BENSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>        Defendants. | Case No. 19-cv-02931-JST<br><br>**ORDER OF DISMISSAL** |

On May 28, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. ECF No. 1. On October 29, 2019, the Court reviewed the complaint and found that it failed to state any cognizable claim for relief under Section 1983, but granted plaintiff leave to amend. ECF No. 14. Plaintiff was instructed to file an amended complaint by November 27, 2019, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.[1]

/ / /

/ / /

/ / /

---

[1] In addition, it appears that plaintiff's address has changed and that he has not informed the Court of his new address as required by N.D. Cal. L.R. 3-11. Pursuant to Local Rule 3-11, the Court may, without prejudice, dismiss a complaint when mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable; and the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. Mail sent to plaintiff was returned as undeliverable on July 18, 2019. ECF No. 11. Plaintiff has not communicated with the Court since filing his complaint on July 10, 2019. However, court orders and court mail sent to plaintiff on October 29, 2019 have not been returned to the Court as not deliverable.

Accordingly, for the foregoing reasons, and the reasons stated in the Court's October 29, 2019 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 27, 2019



JON S. TIGAR
United States District Judge